# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## HONORABLE JANIS L. SAMMARTINO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOSE ARMANDO GALAVIZ-LANGER(1), and<br>ELIZAMA GALAVIZ LANGER (2),<br><br>    Defendants. | Criminal Case: 21-cr-02202-JLS<br><br>**ORDER ON JOINT MOTION TO CONTINUE MOTION HEARING** |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the motion hearing/trial setting is continued from September 3, 2021 at 1:30 p.m. to September 24, 2021 at 1:30 p.m.

For reasons stated in paragraph 3 of the joint motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendants in a speedy trial. The Court has considered the parties' exercise of due diligence in making this determination. Accordingly, **IT IS FURTHER ORDERED** that the period of delay from the from September 3, 2021 at 1:30 p.m. to September 24, 2021 at 1:30 p.m. be excluded under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Dated: September 1, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge