# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ELIZAMA GALAVIZ LANGER (2),<br><br>    Defendant. | Case No.: 21-CR-02202-JLS<br><br>**ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

The United States' Motion to Dismiss the Information (ECF No. 22) is hereby GRANTED. The Complaint against Defendant Elizama Galavis Langer is DISMISSED without prejudice.

  **IT IS SO ORDERED.**

DATED: __09/23/2021_____

             *Janis L. Sammartino*
             HON. JANIS L. SAMMARTINO
             District Judge