UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 21-CR-02202-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ELIZAMA GALAVIZ LANGER (2), | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**GOOD CAUSE** appearing given the dismissal of the above-entitled case, the

Court orders the release of the defendant's passport currently held by US Pretrial

Services; the passport shall be returned to defense counsel or defendant.


IT SO ORDERED.


Dated:___10/21/2021_____         _____

HONORABLE JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

- 1 -